No. 309, Misc.   FREAPANE *v.* ILLINOIS, 342 U. S. 956. Second petition for rehearing denied.

No. 322, Misc.   MAHLER *v.* FRISBIE, WARDEN, *ante,* p. 935;

No. 397, Misc.   TATE *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA ET AL., *ante,* p. 925; and

No. 416, Misc.   BLACK *v.* MOORE, WARDEN, ET AL., *ante,* p. 931.   Petitions for rehearing denied.

No. 395, Misc., October Term, 1950.   BOZELL *v.* UNITED STATES, 341 U. S. 927.   Second petition for rehearing denied.

JUNE 2, 1952.

No. 688.   HAYS FINANCE CO., INC. ET AL. *v.* BAILEY, STATE TAX COLLECTOR.
*Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. *Ross R. Barnett, P. Z. Jones, Malcolm B. Montgomery* and *Garner W. Green* for appellants. *Hubert Slaton Lipscomb* for appellee.

No. 771.   DIXIE BROKERAGE & GUARANTY COMPANY OF JACKSON, INC. ET AL. *v.* BAILEY, STATE TAX COLLECTOR.
*Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question pursuant to the stipulation of counsel to abide the judgment in No. 688, *Hays Finance Co.* v. *Bailey,* decided this day, *supra.   G. Garland Lyell* and *Garner W. Green* for appellants. *Hubert Slaton Lipscomb* for appellee.